RTG
11/15/20

DOA 11/14/20



# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>Juan Carlos ANDRADE, Jr.,<br><br>　　　　　　Defendant. | Case No.:  20MJ9987<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C.§ 841(a)(1)<br>Possession of a Controlled Substance with Intent to Distribute |

The undersigned complainant duly sworn states:

That on or about November 14, 2020, within the Southern District of California, defendant, Dricella Zoila CARRANZA, did knowingly and intentionally possess with intent to distribute 500 grams and more, to wit: approximately 7.160 kilograms (15.790 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance in violation of Title 21, United States Code, Section 841(a)(1).

The complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

_____
Collin Crouse, Special Agent
Drug Enforcement Administration

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 16th day of November, 2020.

_____
HON. DANIEL E. BUTCHER
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

ANDRADE Jr., Juan Carlos

## PROBABLE CAUSE STATEMENT

I declare under penalty and perjury that the following statement is true and correct. This statement is based on the reports, documents, and notes furnished to Drug Enforcement Administration Special Agent (SA) Collin Crouse.

On November 14, 2020 Border Patrol Agent (BPA) Hynes was assigned at the fully functional United States Border Patrol (USBP) Checkpoint, on Highway 86 near Westmorland, California. At approximately 5:15 P.M., BPA Hynes was conducting primary inspection when a gold in color Mercedes Benz C280 bearing California license plate number 4DEE543 approached his location. There was no canine on pre-primary at this time. BPA Hynes identified himself to the driver later identified as Juan Carlos ANDRADE Jr. BPA Hynes asked where ANDRADE was traveling from and ANDRADE stated he was coming from Calexico, California. BPA Hynes asked what the purpose of his visit was and ANDRADE hesitated and then stated that he was working cleaning gutters. BPA Hynes asked where he was going and ANDRADE stated that he had just recently moved to Ontario, California. BPA Hynes found it suspicious that ANDRADE did not have any tools on him and that he was traveling that distance to clean gutters. BPA Hynes asked if Andrade was a United States Citizen and ANDRADE stated that he was. BPA Hynes asked for permission to search the trunk and ANDRADE consented. BPA Hynes then referred ANDRADE to the secondary inspection area.

3

While in secondary inspection, SBPA Cordova was given consent by ANDRADE to scan his vehicle with the Mobile VACIS. BPA Smith and BPA Sandoval are both certified to use the Mobile VACIS and after a scan of ANDRADE's vehicle both BPA's noticed an anomaly in the trunk of the vehicle. The anomaly showed up on the Mobile VACIS screen as a bright brick shaped object. BPA Smith and BPA Sandoval then opened the trunk of ANDRADE's vehicle and noticed two brand new battery jump starters and two brand new power inverters in two separate bags. After lifting both bags the BPA's noticed that they were extremely light. Based on training and experience, the BPA's know that smugglers hide narcotics in battery jump starters. BPA Sandoval went to ask BPA Hynes if he could look at the battery jump starters and BPA Hynes shined his flashlight into the vent of the back of the battery jump starter and saw what appeared to be carbon paper wrapped packages. BPA Hynes stated this has been a common trend by smugglers and he also mentioned that they were extremely light weight for battery starters.

BPA Hynes found packages of what appeared to be methamphetamine inside of the battery jump starters and inside of the power inverters. BPA Smith subsequently placed ANDRADE under arrest and escorted him into the checkpoint for processing. BPA Hynes tested two o fthe bundles using a Narcotics Analysis Reagent Kit (NARK II) 15. The Substance tested positive for the characteristics of methamphetamine. The total weight of the four bundles was 7.160 kilograms (15.790 pounds).

On November 14, 2020, at approximately 6:55 P.M., Agents from the Drug Enforcement Administration were notified by USBP and subsequently responded to the USBP Highway 86 Checkpoint. At approximately 9:08 P.M., ANDRADE was read the Miranda Warnings in both the English and Spanish language from a DEA-13 and DEA-13A form. ANDRADE stated that he understood his rights and was willing to answer some questions.

During the subsequent interview, ANDRADE stated that he got in contact with Sergio GUZMAN who he went to high school with that currently lives in Mexicali, Baja California, Mexico. ANDRADE stated that he knew GUZMAN had work and ANDRADE needed money due to the complications of finding work during the COVID-19 Pandemic. ANDRADE stated that he desperately needed money to help provide for his family who are living in Honduras who have been impacted by hurricanes. ANDRADE stated that he was offered $1,500 every time he would drive the battery chargers filled with methamphetamine from Calexico, California to Los Angeles, California or San Jose, California. ANDRADE stated that he would meet with somebody named ADRIAN at different hotels in Calexico where he would pick up the battery chargers filled with methamphetamine and proceed to drive north.

ANDRADE stated he has made about three (3) trips from Calexico to either Los Angeles or San Jose to deliver these battery chargers filled with methamphetamine. ANDRADE stated that he knew he was driving drugs from Calexico, but stated that he had

5

to make better money. ANDRADE was able to provide telephone numbers, names, and address of the people involved as well.

Collin Crouse, Special Agent
Drug Enforcement Administration

On the basis of the facts presented in this probable cause statement consisting of seven pages, I find probable cause to believe that the defendants named in this probable cause statement committed the offense on November 14, 2020, in violation of Title 21, United States Code, Section 841(a)(1).

_____  8:09 AM, Nov 15, 2020
HON.  DATE
UNITED STATES MAGISTRATE JUDGE