UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.:  21CR00513-JLS |
|---|---|
| Plaintiff, | Hon. Janis L. Sammartino |
| v. | |
| JUAN CARLOS ANDRADE, JR, | **ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |
| Defendant. | |

Pursuant to the joint motion filed, **IT IS HEREBY ORDERED** that the Motion Hearing and Trial Setting currently set for April 2, 2021, be continued to April 30, 2021 at 1:30 p.m.  Defendant shall file an acknowledgement of the new hearing date by April 23, 2021.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated:  March 29, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge